AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DEMETRIUS BOATWRIGHT,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 121-038

ANDREW M. SAUL,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated April 23, 2021, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Accordingly, Plaintiff's complaint is dismissed without prejudice, and this civil action stands closed.

April 23, 2021  
Date

John E. Triplett, Acting Clerk  
Clerk

*(signature)*  
(By) Deputy Clerk

GAS Rev 10/2020